**IT IS ORDERED as set forth below:**



**Date: October 20, 2020**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 16-63442-LRC |
| ) | |
| ADANTE MARIANO SMITH, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| U.S. BANK TRUST N.A., AS TRUSTEE ) | |
| OF THE BUNGALOW SERIES F TRUST, ) | CONTESTED MATTER |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| ADANTE MARIANO SMITH, ) | |
| MELISSA J. DAVEY, Trustee, ) | |
| ) | |
| Respondents. ) | |

**AMENDED CONSENT ORDER**

U.S. Bank Trust N.A., as Trustee of the Bungalow Series F Trust, c/o BSI Financial Services, Inc., its servicing agent ("Movant"), filed a Motion for Relief from

Stay ("Motion") on September 10, 2020, Doc. No. 43, and the hearing on the Motion was scheduled for September 29, 2020 at 9:00 a.m.  Movant and Debtor have consented to the amended terms herein, there is not any opposition from the Chapter 13 Trustee, and good cause has been shown.  Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1.

Debtor acknowledges being delinquent on the post-petition payments as set forth under the terms and conditions of the subject loan documents attached to the Motion and incorporated herein by reference ("Loan Documents").  The post-petition arrearage is in the amount of $3,390.39 and consists of the post-petition payments for August 2020 through October 2020 at $786.76 each, and $850.00 attorney's fees and $181.00 costs incurred by Movant in bringing the Motion, minus $0.89 in suspense.

2.

All payments made pursuant to this Consent Order shall have Loan Number xxxxxx4619 written thereon and shall be remitted directly to Movant, c/o BSI, 314 S. Franklin St., P.O. Box 517, Titusville, PA 16354.  Debtor shall remit $1,102.83 in certified funds on or before September 14, 2020, the regular payment for October 2020 on time, and $234.90 in certified funds on both October 19, 2020 and November 20, 2020.  Debtor shall amend his Chapter 13 Plan to include $1,031.00 of the post-petition arrearage.

3.

Debtor shall remit all payments under this Consent Order in strict compliance with the terms herein and shall remit all future post-petition payments in strict compliance with the terms of the Loan Documents.

4.

Movant shall be entitled to file a supplemental claim for $850.00 attorney's fees and $181.00 costs incurred in filing the Motion.

5.

In the event of a default on any of the payments set forth in Paragraphs Two or Three above, Movant or Movant's counsel shall give written notice, by first class mail to Debtor and via email to Debtor's counsel, of Debtor's default and right to cure the default within ten (10) days.  Debtor shall be presumed to have received the written notice on the fifth (5th) calendar day following mailing of said notice provided that said notice was properly addressed and that sufficient postage was affixed thereto.  Movant shall be entitled to attorney's fees of $85.00 per default notice plus costs.  Upon Debtor's failure to cure within the ten-day period, Movant or Movant's counsel may file an affidavit of default and a delinquency motion, both to be served upon Debtor, Debtor's counsel, and the Chapter 13 Trustee, and this Court may then terminate the automatic stay as to Movant without further notice or hearing and order that:

> a) The Motion is granted;
> b) The stay set forth in FBR 4001(a)(3) is hereby waived, and the automatic stay is terminated as to Movant to permit Movant to pursue and enforce under non-bankruptcy law any and all rights it has in and to that certain real property, as more particularly described in the loan documents attached to the Motion and incorporated herein by reference, commonly known as 721 Hairston Crossing Court, Stone Mountain, GA 30083 ("Real Property"), including, but not limited to, advertising and conducting a foreclosure sale and seeking confirmation thereof in order to pursue any deficiency, and seeking possession of the Real Property.  However, Movant and/or its successors and assigns may offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, short sale, deed in lieu of foreclosure, or any other type of loan workout/loss mitigation agreement.  Movant may contact Debtor via telephone or written correspondence to offer any such agreement; and
> c) The Chapter 13 Trustee shall cease funding Movant's pre-petition claim. Upon completion of any foreclosure sale by Movant during the pendency of this case, all proceeds exceeding Movant's lawful debt that would otherwise be payable to the Debtor shall be promptly remitted to the Chapter 13 Trustee.  Movant is granted leave to seek allowance of a deficiency claim, if appropriate, but Debtor and the Chapter 13 Trustee shall be entitled to object to said deficiency claim.

[END OF DOCUMENT]

PREPARED BY AND CONSENTED TO:
Attorney for Movant

_____/s/_____
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email:  meratl@aol.com


CONSENTED TO:
Attorney for Debtor

_____/s/_____
Thomas J. Reichard          (By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 150822

Clark & Washington, PC
Bldg. 3
3300 Northeast Expressway
Atlanta, GA 30341
(404) 522-2222
Email:  treichard@cw13.com


NO OPPOSITION:
Chapter 13 Trustee

_____/s/_____
Mandy K. Campbell          (By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 142676
Attorney for the Chapter 13 Trustee

Suite 200
260 Peachtree Street
Atlanta, GA  30303
(678) 510-1444
Email:  mcampbell@13trusteeatlanta.com

## DISTRIBUTION LIST ON CONSENT ORDER

Pursuant to LR 9013-3(c) NDGa., the Consent Order shall be served upon the following parties in interest:

Marc E. Ripps, Esq.
P.O. Box 923533
Norcross, Georgia 30010-3533

Melissa J. Davey, Esq.
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Thomas J. Reichard, Esq.
Clark & Washington, PC
Bldg. 3
3300 Northeast Expressway
Atlanta, GA 30341

Adante Mariano Smith
721 Hairston Crossing Court
Stone Mountain, GA 30083-3431